## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN WILSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00656-RGA |
| | ) |
| v. | ) |
| | ) |
| CHARAH SOLUTIONS, INC., ROBERT DECENSI, JONATHAN BATARSEH, JACK A. BLOSSMAN, JR., MIGNON CLYBURN, ROBERT C. FLEXON, TIMOTHY J. POCHÉ, TIMOTHY ALAN SIMON, MARK SPENDER, BILL VARNER, JR., and DENNIS WHALEN, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: July 21, 2023  **LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*